UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SHARON SIMONTON,<br><br>                Plaintiff,<br>  vs.<br><br>JO ANNE B. BARNHART, Commissioner<br>of the Social Security Administration,<br><br>                Defendant. | 1:05-cv-888-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Sharon Simonton is not entitled to Disability Insurance Benefits and Supplemental Security Income based on her applications filed on December 10, 2001, is **AFFIRMED.**

Date: 05/19/2006

_SARAH EVANS BARKER, JUDGE_
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

James F. Roth
jim@jimrothlaw.com